**Electronically Filed
Supreme Court
SCWC-18-0000054
23-OCT-2020
04:10 PM
Dkt. 5 ODAC**

SCWC-18-0000054

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

DESTINY M. KELLY,
Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000054; CR. NO. 1CPC170000093)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ., and
Circuit Judge Chang, assigned by reason of vacancy)

Petitioner/Defendant-Appellant Destiny M. Kelly's application for writ of certiorari filed on September 8, 2020, is hereby rejected.

DATED:  Honolulu, Hawai'i, October 23, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Gary W.B. Chang

